# Earnings Statement

**Warminster Township**
401 Gibson Ave
Warminster, PA 18974

**Joshua P Wark**

| | | Employee Number | | |
|---|---|---|---|---|
| | | 3077 | | |

Check Date: April 19, 2018
Period Beginning: April 01, 2018
Period Ending: April 14, 2018
Voucher Number: 634592
Net Pay: 1499.62

Department: 430130

### Earnings

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.10 | 72.00 | 1663.20 | 404.00 | 9332.40 |
| Vacation | 23.10 | 8.00 | 184.80 | 52.00 | 1201.20 |
| Overtime | | | | 53.00 | 1836.46 |
| Sick | | | | 12.00 | 277.20 |
| Holiday | | | | 32.00 | 739.20 |
| Personal | | | | 12.00 | 277.20 |
| Famsick | | | | 8.00 | 184.80 |
| Sersick | | | | 120.00 | 2772.00 |
| **Total Gross Pay** | | 80.00 | 1848.00 | 693.00 | 16620.46 |

### Taxes

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 1848.00 | 26.80 | 241.00 |
| OASDI | | 1848.00 | 114.58 | 1030.47 |
| PA SUI - EE | | 1848.00 | 1.11 | 9.97 |
| East Pikeland T. | | 1848.00 | 23.10 | 207.76 |
| Warminster T. LST(Bu | | 1848.00 | 2.00 | 16.00 |
| Pennsylvania SITW | | 1848.00 | 56.73 | 510.23 |
| Federal Income Tax | M/3 | 1848.00 | 96.34 | 923.87 |
| Total Tax Withholding | | | 320.66 | 2959.30 |

### Deductions

| Deductions | Amount | YTD Amt |
|---|---|---|
| Afscme | 27.72 | 249.31 |
| **Total Deductions** | 27.72 | 249.31 |

### Direct Deposits

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0503 | xxxxxxxxx5776 | 1102.00 |
| xxxxx0503 | xxxxxxxxx0644 | 397.62 |
| **Total Direct Deposits** | | 1499.62 |



**Warminster Township**
401 Gibson Ave
Warminster, PA 18974

**Earnings Statement**

Check Date: May 03, 2018
Period Beginning: April 15, 2018
Period Ending: April 28, 2018
Voucher Number: 134698
Net Pay: 1,771.19

Joshua P Wark   Employee Number 3077   Department 430130

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.10 | 37.50 | 866.25 | 480.50 | 11464.20 |
| Vacation | 23.10 | 1.00 | 23.10 | 53.00 | 1224.30 |
| Personal | 23.10 | 2.50 | 57.75 | 14.50 | 334.95 |
| Regular | 32.45 | 39.00 | 1265.55 | | 0.00 |
| Overtime | | | | | 1836.46 |
| Sick | | | | 53.00 | 277.20 |
| Holiday | | | | 12.00 | 739.20 |
| Famsick | | | | 32.00 | 184.80 |
| Sersick | | | | 8.00 | |
| | | | | 120.00 | 2772.00 |
| **Total Gross Pay** | | 80.00 | 2212.65 | 773.00 | 18833.11 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2212.65 | 32.08 | 273.08 |
| OASDI | | 2212.65 | 137.18 | 1167.65 |
| PA SUI - EE | | 2212.65 | 1.33 | 11.30 |
| East Pikeland T. | | 2212.65 | 27.66 | |
| Warminster T. LST(B) | | | 2.00 | 15.42 |
| Pennsylvania SITW | | 2212.65 | 67.93 | 578.16 |
| Federal Income Tax | M/3 | 2212.65 | 140.09 | 1156.96 |
| **Total Tax Withholding** | | | 408.27 | 3447.57 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Afscme | 33.19 | 282.50 |
| **Total Deductions** | 33.19 | 282.50 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0503 | xxxxxxxxx5776 | 1102.00 |
| xxxxx0503 | xxxxxxxxxx0644 | 669.19 |
| **Total Direct Deposits** | | 1771.19 |

**Warminster Township**
401 Gibson Ave
Warminster, PA 18974

**Earnings Statement**

Check Date: May 31, 2018
Period Beginning: May 13, 2018
Period Ending: May 26, 2018
Voucher Number 134941
Net Pay 1,763.97

**Joshua P Wark**  Employee Number 3077

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.10 | 24.00 | 554.40 | 613.75 | 15348.71 |
| Vacation | 23.10 | 8.00 | 184.80 | 62.00 | 1432.20 |
| Sick | 23.10 | 9.75 | 225.23 | 29.75 | 687.23 |
| Regular | 32.45 | 38.25 | 1241.21 | | 0.00 |
| Overtime | | | | 53.00 | 1836.46 |
| Holiday | | | | 32.00 | 739.20 |
| Personal | | | | 14.50 | 334.95 |
| Famsick | | | | 8.00 | 184.80 |
| Sersick | | | | 120.00 | 2772.00 |
| **Total Gross Pay** | | 80.00 | 2205.64 | 933.00 | 23335.55 |

Department 430130

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2205.64 | 31.99 | 338.37 |
| OASDI | | 2205.64 | 136.75 | 1446.80 |
| PA SUI - EE | | 2205.64 | 1.32 | 14.00 |
| East Pikeland T. | | 2205.64 | 27.57 | 1.70 |
| Warminster T. LST(Bu | | 2205.64 | 2.00 | 52.00 |
| Pennsylvania SITW | | 2205.64 | 67.71 | 716.38 |
| Federal Income Tax | M/3 | | 139.25 | 1063.40 |
| **Total Tax Withholding** | | | 406.59 | 4132.65 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Afscme | 33.08 | 350.03 |
| **Total Deductions** | 33.08 | 350.03 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxxx0503 | xxxxxxxxxx5776 | 1102.00 |
| xxxxxx0503 | xxxxxxxxxx0644 | 663.97 |
| **Total Direct Deposits** | | 1765.97 |