Certificate Number: 05781-PAE-DE-031598939

Bankruptcy Case Number: 18-14391



05781-PAE-DE-031598939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2018, at 7:27 o'clock AM PDT, Joshua Wark completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 11, 2018            By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President