United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joshua P. Wark  
    Debtor

Case No. 18-14391-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Oct 24, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.  
db         Joshua P. Wark,    2265 Kimberton Road,    Phoenixville, PA    19460-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:  
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
         JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com  
         JOSEPH L QUINN    on behalf of Debtor Joshua P. Wark CourtNotices@sjr-law.com  
         MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> JOSHUA P. WARK <br>            Debtor | BK. No. 18-14391-mdc <br><br> Chapter No. 13 |
| WELLS FARGO BANK, N.A. <br>            Movant <br> v. <br> JOSHUA P. WARK <br>            Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 23rd day of October, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 601 E THAYER ST, PHILADELPHIA, PA 19134 NKA 601 E THAYER ST, PHILADELPHIA, PA 19134-1825 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its *in rem* rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

JOSHUA WARK
2265 KIMBERTON ROAD
PHOENIXVILLE, PA 19460-4747

JOSEPH L. QUINN, ESQUIRE
152 East High Street, Suite 100
Pottstown, PA 19464

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107