**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| **Joshua P. Wark** : | **Case No.: 18-14391** |
| : | **Chapter 13** |
| Debtor(s). : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Joshua P. Wark | : | Case No.: 18-14391 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Joseph Quinn, Attorney for Joshua P. Wark, The Law Office of Stephen Ross PC, 152 E. High Street, Suite 100, Pottstown, PA 19464, CourtNotices@sjr-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on October 27, 2018:

Joshua P. Wark, 2265 Kimberton Road, Phoenixville, PA 19460-4747

Joshua P. Wark, John H. Wark, Jr. and Roseann M. Wark, 1362 Gilham St, Philadelphia, PA 19111


DATE:  October 27, 2018

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

18-032527_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032527_PS