# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-14391-MDC

JOSHUA P WARK

2265 KIMBERTON ROAD

PHOENIXVILLE, PA 19460

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSHUA P WARK

2265 KIMBERTON ROAD

PHOENIXVILLE, PA 19460

Counsel for debtor(s), by electronic notice only.

JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Date: 11/30/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee