**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14391** |
| **Joshua P. Wark** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***  |
| | : | |
| **Wells Fargo Bank, N.A. as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| **Movant,** | : | **January 15, 2019 at 10:30 a.m.** |
| | : | |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| **Joshua P. Wark** | : | **Philadelphia, PA, 19107** |
| | : | |

**William C. Miller**

**Respondents.**

<u>**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**</u>

Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before January 5, 2019, you or your attorney must do **<u>ALL</u>** of the following:

A.  File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA, 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

B.  Mail a copy to the Creditor's attorney and the below listed:

18-032527_BEW1

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028


2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on January 15, 2019 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #2, Philadelphia, PA, 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  __12/21/18_____

18-032527_BEW1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14391** |
| **Joshua P. Wark** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A. as successor by** | : | **Date and Time of Hearing** |
| **merger to Wachovia Bank, N.A.** | : | **Place of Hearing** |
| Movant, | : | **January 15, 2019 at 10:30 a.m.** |
| | : | |
| vs | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| **Joshua P. Wark** | : | **Philadelphia, PA, 19107** |
| | : | |

**William C. Miller**

Respondents.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response

Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the

parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500,
Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Joseph Quinn, Attorney for Joshua P. Wark, The Law Office of Stephen Ross PC, 152 E.
High Street, Suite 100, Pottstown, PA  19464, CourtNotices@sjr-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  21,
2018:

Joshua P. Wark, 2265 Kimberton Road, Phoenixville, PA  19460-4747

Joshua P. Wark, John H. Wark, Jr. and Roseann M. Wark, 1362 Gilham St, Philadelphia, PA
19111

18-032527_BEW1

City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA  19101-1486

Department of Revenue, PO Box 8409, Philadelphia, PA  19101-8409

DATE: 12/21/18

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032527_BEW1