# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-14391** |
| **Joshua P. Wark** | : **Chapter 13** |
| | : **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** | : **Date and Time of Hearing** |
| | : **Place of Hearing** |
| **Movant,** | : **January 15, 2019 at 10:30 a.m.** |
| | : |
| **vs** | : |
| | : **U.S. Bankruptcy Court** |
| **Joshua P. Wark** | : **900 Market Street, Courtroom #2** |
| | : **Philadelphia, PA, 19107** |
| | : |
| **William C. Miller** | |
| **Respondents.** | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A. AS SUCCESSOR BY MERGER TO WACHOVIA BANK, N.A. TO FORECLOSE ON 1362 GILHAM ST, PHILADELPHIA, PA 19111 (DOCUMENT NO. 38)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 21, 2018 at Document No. 38 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 5, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)

18-032527_BEW1

Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032527_BEW1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-14391** |
| **Joshua P. Wark** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **January 15, 2019 at 10:30 a.m.** |
| | : | |
| **vs** | : | |
| | : | |
| **Joshua P. Wark** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #2** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30 day waiver with the Court to permit Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. to foreclose on 1362 Gilham St, Philadelphia, PA 19111 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Joseph Quinn, Attorney for Joshua P. Wark, The Law Office of Stephen Ross PC, 152 E. High Street, Suite 100, Pottstown, PA  19464, CourtNotices@sjr-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January  _8_, 2019:

Joshua P. Wark, 2265 Kimberton Road, Phoenixville, PA  19460-4747

18-032527_BEW1

Joshua P. Wark, John H. Wark, Jr.and Roseann M. Wark, 1362 Gilham St, Philadelphia, PA 19111

City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA  19101-1486

Department of Revenue, PO Box 8409, Philadelphia, PA  19101-8409

DATE:  1/8/19

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-032527_BEW1