IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-14391 |
| Joshua P. Wark | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| Wells Fargo Bank, N.A. as successor by | : Date and Time of Hearing |
| merger to Wachovia Bank, N.A. | : Place of Hearing |
| Movant, | : January 15, 2019 at 10:30 a.m. |
| vs | : |
| | : U.S. Bankruptcy Court |
| Joshua P. Wark | : 900 Market Street, Courtroom #2 |
| | : Philadelphia, PA, 19107 |
| | : |
| William C. Miller | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 15th day of January, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. in and to the Real Property of Debtor located at 1362 Gilham St, Philadelphia, PA 19111 and more particularly described in the Mortgage, recorded May 14, 2005, at Instrument Number 51177188.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-032527_BEW1