United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joshua P. Wark  
      Debtor  

Case No. 18-14391-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Jan 15, 2019  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.  
db         Joshua P. Wark,    2265 Kimberton Road,    Phoenixville, PA  19460-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:  
      ANDREW   SPIVACK    on behalf of Creditor    SANTANDER BANK,  N.A. paeb@fedphe.com  
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc.    cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com  
      JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com  
      JOSEPH L QUINN    on behalf of Debtor Joshua P. Wark CourtNotices@sjr-law.com  
      KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to Wachovia Bank, N.A. amps@manleydeas.com  
      KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
      MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK,  N.A. paeb@fedphe.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation    bkgroup@kmllawgroup.com  
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                       TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 18-14391
Joshua P. Wark : Chapter 13
: Judge Magdeline D. Coleman
Debtor(s) : * * * * * * * * * * * * * * * * * *
:
Wells Fargo Bank, N.A. as successor by : Date and Time of Hearing
merger to Wachovia Bank, N.A. : Place of Hearing
Movant, : January 15, 2019 at 10:30 a.m.
vs :
: U.S. Bankruptcy Court
Joshua P. Wark : 900 Market Street, Courtroom #2
: Philadelphia, PA, 19107
:
William C. Miller
Respondents.

## ORDER OF COURT

AND NOW, this 15th day of January, 2019, upon consideration of the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A. in and to the Real Property of Debtor located at 1362 Gilham St, Philadelphia, PA 19111 and more particularly described in the Mortgage, recorded May 14, 2005, at Instrument Number 51177188.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_Magdeline D. C_____
MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

18-032527_BEW1