**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Joshua P. Wark, | : | Chapter 13 |
| Debtor | : | Case No.:  18-14391-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 23, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on January 23, 2019:*

Michael Mazzella, Esquire
Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Megan N. Harper
City of Philadelphia Law-
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

*Via Electronic Filing (ECF) on January 23, 2019:*

Jerome B. Blank, Esquire on behalf of Wells Fargo Bank, N.A.
paeb@fedphe.com

Mario J. Hanyon, Esquire on behalf of Santander Bank, N.A.
paeb@fedphe.com

Christopher M. McMonagle, Esquire on behalf of Quicken Loans Inc.
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esquire on behalf of Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Karina Velter, Esquire on behalf of Wells Fargo Bank, N.A. as Successor by Merger to Wachovia Bank, N.A.
amps@manleydeas.com

                                  **LAW OFFICE OF STEPHEN J. ROSS, PC**

                      By:    */s/ Joseph Quinn*_____
                             Joseph Quinn, Esquire
                             Attorney I.D. No. 307467
                             152 E. High Street, Suite 100
                             Pottstown, PA 19464
                             T: 610.323.5300
                             F: 610.323.6081
                             JQuinn@SJR-LAW.com
Date:  January 23, 2019           Counsel for Debtor