United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14391-mdc
Joshua P. Wark                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 1            Date Rcvd: Jan 23, 2019
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             Joshua P. Wark,    2265 Kimberton Road,    Phoenixville, PA   19460-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    SANTANDER BANK,  N.A. paeb@fedphe.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor     Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              JEROME B. BLANK    on behalf of Creditor     Santander Bank, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor     WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Joshua P. Wark CourtNotices@sjr-law.com
              KARINA   VELTER    on behalf of Creditor     Wells Fargo Bank, N.A. as Successor by Merger to
               Wachovia Bank, N.A. amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com
              MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK,  N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor     Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor     Santander Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| JOSHUA P. WARK : | BK. No. 18-14391-mdc |
| Debtor : | |
| : | Chapter No. 13 |
| SANTANDER BANK, N.A. : | |
| Movant : | |
| v. : | |
| JOSHUA P. WARK : | |
| Respondent : | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 22nd day of January, 2019, at **PHILADELPHIA**, upon Motion of SANTANDER BANK, N.A. (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4119 STIRLING ST, PHILADELPHIA, PA 19135 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

JOSEPH L. QUINN
THE LAW OFFICE OF STEPHEN ROSS PC
152 E. HIGH STREET, SUITE 100
POTTSTOWN, PA 19464

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

JOSHUA P. WARK
2265 KIMBERTON ROAD
PHOENIXVILLE, PA 19460-4747

JOSHUA P. WARK
4119 STIRLING ST
PHILADELPHIA, PA 19135