# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

IN RE:  
  
JOSHUA P. WARK  
  
Debtor(s).

Case No. 18-14391-mdc  
Chapter 13

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Quicken Loans Inc. c/o Quicken Loans Inc.**, on July 16, 2018 as moot as Debtor filed an Amended Plan on January 23, 2019 which satisfies Movants Objection.

By:     */s/ Christopher M. McMonagle, Esquire*  
Christopher M. McMonagle, Esquire,  
Bar No: 316043  
Stern & Eisenberg, PC  
1581 Main Street, Suite 200  
The Shops at Valley Square  
Warrington, PA 18976  
Phone: (215) 572-8111  
Fax: (215) 572-5025  
cmcmonagle@sterneisenberg.com  
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 29th day of January 2019, to the following:

Joseph L Quinn
The Law Office of Stephen Ross PC
152 E. High Street
Suite 100
Pottstown, PA 19464
CourtNotices@sjr-law.com
***Attorney for Debtor(s)***

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
***Chapter 13 Trustee***

United States Trustee Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Joshua P. Wark
2265 Kimberton Rd
Phoenixville, PA 19460-4747
***Debtor(s)***


                                By:      */s/Christopher M. McMonagle, Esquire*