### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Joshua P. Wark | |
| Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 18-14391 mdc |
| Joshua P. Wark | |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **July 30, 2018 ; Doc #12**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 5, 2019