**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Joshua P. Wark,                :        Chapter 13
        Debtor                          :        Case No.:  18-14391-mdc

CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed February 7, 2019 was forwarded to the following parties, as follows:

*Via First Class United States Mail on February 7, 2019*

Michael Mazzella, Esquire
Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Megan N. Harper
City of Philadelphia Law-
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

*Via Electronic Filing (ECF) on February 7, 2019:*

Jerome B. Blank, Esquire on behalf of Wells Fargo Bank, N.A.
paeb@fedphe.com

Mario J. Hanyon, Esquire on behalf of Santander Bank, N.A.
paeb@fedphe.com

Christopher M. McMonagle, Esquire on behalf of Quicken Loans Inc.
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz, Esquire on behalf of Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

1

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Karina Velter, Esquire on behalf of Wells Fargo Bank, N.A. as Successor by Merger to Wachovia Bank, N.A.
amps@manleydeas.com

                                      **LAW OFFICE OF STEPHEN J. ROSS, PC**

By:    */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        Attorney I.D. No. 307467
        152 E. High Street, Suite 100
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@SJR-LAW.com
Date: February 7, 2019        Counsel for Debtor