United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joshua P. Wark  
      Debtor

Case No. 18-14391-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Mar 21, 2019  
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2019.  
db          Joshua P. Wark,    2265 Kimberton Road,    Phoenixville, PA  19460-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2019 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    SANTANDER BANK,  N.A. paeb@fedphe.com
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc.
          cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
         JEROME B. BLANK    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor     WELLS FARGO BANK, N.A. paeb@fedphe.com
         JOSEPH L QUINN    on behalf of Debtor Joshua P. Wark CourtNotices@sjr-law.com
         KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. as Successor by Merger to
          Wachovia Bank, N.A. amps@manleydeas.com
         KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
         MARIO J. HANYON    on behalf of Creditor    SANTANDER BANK,  N.A. paeb@fedphe.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joshua P. Wark
    Debtor(s)

Chapter: 13
Bankruptcy No: 18−14391−mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 21st of March 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Judge ,
    United States Bankruptcy Court

67
Form 155