

**Wells Fargo Bank N.A.**
Default Document Processing
1000 Blue Gentian Road N9286-01Y
Eagan, MN 551217700

October 9, 2019

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA 19105

Re:  Debtor(s):  JOSHUA P. WARK
     Bky. No.:   18-14391-mdc
     Acct Number ending in: 4059
     Collateral:  4119 STIRLING ST PHILADELPHIA, Pennsylvania 19135

Dear WILLIAM C. MILLER, ESQ:

This letter is regarding Chapter 13 Case #18-14391-mdc for JOSHUA P. WARK.  I have evaluated the aforementioned account.  Upon review of our records, it has been determined the lien has been dissolved in the foreclosure sale.  Consequently, your office may consider this proof of claim 4 for Wells Fargo Bank, N.A. effectively withdrawn.

If you have any additional questions or if I can be of further assistance please contact me at 1-877-891-0002.  If I am unavailable, any Bankruptcy Unit Representative will be able to assist you.  Please note our hours of operation are M-F: 7am to 7pm CST.  For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Sincerely,


/s/ Santana Amanda Ricks
Bankruptcy Representative
Wells Fargo Bank, N.A.

HEQBK77.doc
Rev. 5/9/12