**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Joshua Wark,                :        Chapter 13
            Debtor            :        Case No.:  18-14391-mdc

CERTIFICATE OF SERVICE

      I, Joseph Quinn, Esquire, attorney for Joshua Wark, hereby certify that on May 14, 2020, a true and correct copy of Debtor's Motion to Sell Real Estate along with Notice of Motion was forwarded to the following parties, as follows:

*Via First Class United States Mail on May 14, 2020:*

Michael Mazzella, Esquire
Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Megan N. Harper
City of Philadelphia Law-
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

Pamela Elchert Thurmond
Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia, PA 19102

*Via Electronic Filing (ECF) on May 14, 2020:*

Jerome B. Blank on behalf of Creditor Santander Bank, N.A.
paeb@fedphe.com

Mario J. Hanyon on behalf of Creditor Santander Bank, N.A.
paeb@fedphe.com

Daniel P. Jones on behalf of Creditor Quicken Loans Inc.
djones@sterneisenberg.com, bkecf@sterneisenberg.com

Christopher M. McMonagle on behalf of Creditor Quicken Loans Inc.
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

1

Rebecca Ann Solarz on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

Thomas Young.Hae Song on behalf of Creditor Santander Bank, N.A.
paeb@fedphe.com

Andrew Spivack on behalf of Creditor Santander Bank, N.A.
paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Karina Velter on behalf of Creditor Wells Fargo Bank, N.A.
amps@manleydeas.com


**ROSS, QUINN & PLOPPERT, P.C.**

By:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464

Date: May 14, 2020            Counsel for Debtor