**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Joshua Wark,    :  Chapter 13
          Debtor    :  Case No.:  18-14391-mdc

## **CERTIFICATE OF NO OBJECTION**

The undersigned does hereby certify:

1. That I am the attorney for Joshua Wark, Debtor in the above-captioned matter.

2. That a motion to sell real estate was filed on May 14, 2020.

3. That a certificate of service was filed with the court on May 14, 2020, declaring timely service to parties in interest.

4. A response to the Motion was due on or before June 3, 2020.

5. No response to said Motion has been received as of June 10, 2020.


    ROSS, QUINN & PLOPPERT, P.C.

BY:   */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. No. 307467
     192 S. Hanover Street, Suite 101
     Pottstown, PA  19464
     T: (610) 323 - 5300
     F: (610) 323 - 6081
Date:  June 10, 2020     JQuinn@rqplaw.com