**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Joshua P. Wark** | : | **Case No.: 18-14391** |
| | : | **Chapter 13** |
| **Debtor(s).** | : | **Judge Magdeline D. Coleman** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## **WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** ("Creditor").  **Karina Velter** is no longer counsel for Creditor.


/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com


18-032527_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-14391** |
| **Joshua P. Wark** | : **Chapter 13** |
| | : **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A. as successor by merger to Wachovia Bank, N.A.** | : **Related Document #** |
| | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Joshua P. Wark** | : |
| **John H. Wark, Jr.** | : |
| **Roseann M. Wark** | : |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Joseph L Quinn, Attorney for Joshua P. Wark, Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA  19464, CourtNotices@rqplaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 8, 2021:

Joshua P. Wark, 2265 Kimberton Road, Phoenixville, PA  19460-4747

Joshua P. Wark, John H. Wark, Jr. and Roseann M. Wark, 1362 Gilham St, Philadelphia, PA  19111

18-032527_PS

City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA  19101-1486

Department of Revenue, PO Box 8409, Philadelphia, PA  19101-8409

DATE: <u>March 8, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-032527_PS