United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14391-mdc |
| Joshua P. Wark | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joshua P. Wark, 2265 Kimberton Road, Phoenixville, PA 19460-4747 |
| cr | + | Quicken Loans Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Quicken Loans, LLC formerly known as (FKA) Quicken, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14159133 | + | Abigail Brunner, Esquire, Phelan Hallinan Diamond & Jones, 1617 John F Kennedy Blvd, Philadelphia, PA 19103-1821 |
| 14159134 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America N.A., Po Box 982238, El Paso, TX 79998 |
| 14180105 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14159142 | | City of Philadelphia, PO Box 786612, Philadelphia, PA 19178-6612 |
| 14200901 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14159146 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 14159147 | + | Phelan Hallinan Diamond & Jones, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14159148 | + | Philadelphia Gas Works, Credit & Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Attn: Liens & Judgments Section, Philadelphia, PA 19122-2806 |
| 14159149 | + | Philadelphia Water Revenue Bureau, 1401 John F Kennedy Boulevard, Philadelphia, PA 19102-1617 |
| 14159151 | + | Santander Bank Na, 1130 Berkshire Blvd, Wyomissing, PA 19610-1242 |
| 14253793 | | Santander Bank, NA, Andrew L. Spivack, Esq., Id. No.84439, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14159152 | + | Toyota Motor Credit Co, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14168412 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14159154 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Bank, N.A., 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14159153 | + | Wells Fargo Bank Nv Na, Po Box 31557, Billings, MT 59107-1557 |
| 14178202 | # | Wells Fargo Bank, N.A., 1000 Blue Gentian Road N9286-01Y, Eagan, MN 55121-7700 |
| 14191883 | # | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700 |
| 14159155 | + | Wells Fargo Bank, N.A., 101 N. Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 14220546 | | Wells Fargo Bank, N.A., c/o Karina Velter, Esquire (94781), P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 03 2021 23:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 03 2021 23:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., |

Case 18-14391-mdc   Doc 90   Filed 08/05/21   Entered 08/06/21 00:39:06   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14159136 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:38 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14159137 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 23:33:49 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14159140 | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14159143 | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Department of Revenue - Agency Receivabl, 1401 John F. Kennedy Blvd - MSB Concours, Philadelphia, PA 19102 |
| 14249308 | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14159144 | Email/Text: megan.harper@phila.gov | Aug 03 2021 23:23:00 | Department of Revenue, PO Box 8409, Philadelphia, PA 19101-8409 |
| 14173170 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 03 2021 23:33:38 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14159139 | + Email/Text: bankruptcycollections@citadelbanking.com | Aug 03 2021 23:23:00 | Citadel Federal Credit Union, PO Box 147, Thorndale, PA 19372-0147 |
| 14159138 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 23:33:37 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14159150 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2021 23:23:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14173396 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 03 2021 23:23:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14159145 | | Joshua Hertz |
| 14193217 | | SANTANDER BANK, N.A. |
| 14159135 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bankamerica, Po Box 982238, El Paso, TX 79998 |
| 14159141 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Department of Revenue, Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1486 |
| 14272173 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 03, 2021 Form ID: 138NEW Total Noticed: 36
Date: Aug 05, 2021 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Quicken Loans Inc. cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Quicken Loans LLC formerly known as (FKA) Quicken Loans Inc. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Quicken Loans Inc. djones@sterneisenberg.com bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Santander Bank N.A. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor SANTANDER BANK N.A. paeb@fedphe.com |
| JOSEPH L QUINN | on behalf of Debtor Joshua P. Wark CourtNotices@rqplaw.com |
| KARINA VELTER | on behalf of Creditor WELLS FARGO BANK N.A. amps@manleydeas.com |
| MARIO J. HANYON | on behalf of Creditor SANTANDER BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Wells Fargo Bank N.A. as Successor by Merger to Wachovia Bank, N.A. amps@manleydeas.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Santander Bank N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor Quicken Loans LLC formerly known as (FKA) Quicken Loans Inc. wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joshua P. Wark

       Debtor(s)                                                 Bankruptcy No: 18−14391−mdc

                                                                           Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☐  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                  Suite 400
                            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                                         Timothy B. McGrath
                                                                         Clerk of Court

Dated: 8/3/21

                                                                                                              89 − 88
                                                                                           Form 138_new